**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:22-cr-16-TBM-BWR-2**
                                                          **CIVIL ACTION NO. 1:24-cv-307-TBM**
**BYRON LAKEITH WILLIAMS**

### <u>ORDER</u>

This matter came before the Court on Byron Lakeith Williams' Motion to Vacate. At the hearing conducted on July 13, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that Williams' Motion to Vacate under 28 U.S.C. § 2255 [123] is GRANTED IN PART and DENIED IN PART and DISMISSED WITHOUT PREJUDICE. The Motion [123] is GRANTED to the extent that Williams requests an out-of-time appeal based on his counsel's failure to file an appeal. The Motion [123] is DENIED to the extent that Williams argues he received ineffective assistance of counsel based on his counsel's failure to object to any importation enhancement.

IT IS FURTHER ORDERED that Williams is GRANTED an out-of-time appeal. Williams shall have 14 days from the entry of this Order to file an out-of-time appeal.

IT IS FURTHER ORDERED that the criminal judgment [103] is reinstated on the docket.

IT IS FURTHER ORDERED that Williams' Motion to Hold His Section 2255 Proceedings in Abeyance [139] is MOOT.

IT IS FURTHER ORDERED that Williams' Amended Motion and Clarification of Claim for Relief [201] is GRANTED IN PART and DENIED IN PART. The Motion [201] is granted to the extent that Williams will be granted an out-of-time appeal.

This, the 13th day of July, 2026.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**